IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS RAY SMITH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:02-cv-1219-F |
| ) | |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #36) filed on August 15, 2005 are overruled;

(2) The Recommendation of the United States Magistrate Judge entered on August 2, 2005 (Doc. #35) is adopted;

(3) The petition for writ of habeas corpus relief is DENIED and that this case is DISMISSED with prejudice.

DONE this 31st day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE